BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00499-WHO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXCLUDING TIME** |
| IRINA SANFORD, | |
| Defendant. | |

During the parties' appearance on November 12, 2015, the Court set December 10, 2015, as the next date for a further status, change of plea, or trial setting hearing. Counsel for Defendant Irina Sanford requested this time to locate a Russian-speaking professional able to conduct a mental competency evaluation of the defendant, who requires a Russian translator. During that appearance, counsel requested that time between November 12, 2015, and December 10, 2015, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of proceedings, including any examinations, to determine the mental competency of the defendant. *See* 18 U.S.C. § 3161(h)(1)(A). The parties agree that granting such an exclusion of time is required by the Speedy Trial Act. *See ibid*.

//

1  IT IS SO STIPULATED:

                                          BRIAN J. STRETCH
                                          Acting United States Attorney

DATED: December 2, 2015

                                      _____/s/_____
                                        HELEN L. GILBERT
                                        Assistant United States Attorney

DATED: December 2, 2015

                                        _____/s/_____
                                        GEOFFREY HANSEN
                                        Attorney for Defendant, Irina Sanford

Attestation of Filer

     In addition to myself, the other signatory to this document is <u>Geoffrey Hansen</u>.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: December 2, 2015                                           _____/s/_____
                                                                            HELEN L. GILBERT
                                                                            Assistant United States Attorney

**ORDER**

For the reasons stated above and at the November 12, 2015 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from November 12, 2015, through December 10, 2015, is warranted.  18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED.

DATED: December 2, 2015

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 15-00499-WHO                                           3